**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00192-LTB-01

UNITED STATES OF AMERICA,
          Plaintiff,

vs.

ISAAC VIGIL,
          Defendant.

---

ORDER REINSTATING SUPERVISED RELEASE AND
MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court on report of the probation officer during a May 14, 2007, supervised release violation hearing.  The defendant admits to violations 2 through 6 set forth in the petition and the Supervised Release Violation Report, and the Court finds the defendant has violated the terms and conditions of supervised release. Violation 1 is withdrawn.  Accordingly, it is

ORDERED that the defendant is continued on supervised release and the terms and conditions of supervision be modified as follows:

The defendant shall reside in a Residential Reentry Center for a period not to exceed 180 days, to commence immediately upon the first bed becoming available, and shall observe the rules of that facility.

The defendant and parties shall appear in this court Tuesday, August 14, 2007, at 8:00 a.m. for a Compliance Review Hearing.  It is

FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

DATED at Denver, Colorado, this ___17th___ day of May, 2007.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Chief United States District Judge